**\*E-FILED\***
**April 28, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC VAN BUSKIRK,<br><br>             Plaintiff,<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., et al.,<br><br>             Defendants._____/ | No. C 05-00507 RS<br><br>**ORDER RE: SETTLEMENT;**<br>**STAND-BY ORDER TO SHOW**<br>**CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for June 8, 2005. The parties are required to file a stipulation of dismissal by **June 15, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 22, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: April 28, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Benjamin A. Emmert, Esq.
Email: bemmert@eakdl.com

**AND A COPY WAS MAILED TO:**

Daniel Kodam, Esq.
Credit Partnership
41743 Enterprise Circle N., Ste 202
Temecula, CA 92590

Dated:  April 28, 2005

                                  /s/ BAK
                                  Chambers of Magistrate Judge Richard Seeborg