STEVE W. DOLLAR, ESQ./SBN 104365
BENJAMIN A. EMMERT, ESQ./SBN 212157
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 No. Third Street, Suite 700
San Jose, CA  95112
Telephone: (408) 286-0880

*E-FILED 5/10/05*

Attorneys for Defendant
NCO FINANCIAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ERIC VAN BUSKIRK,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>Business entity unknown, and Does 1 - 10.<br><br>　　　　Defendant. | NO. C 05-00507 RS<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ACTION |

COMES NOW plaintiff, Eric Van Buskirk, and defendant, NCO FINANCIAL SERVICES, Inc., by and through their respective attorneys of record herein and hereby stipulate and agree to the following:

1. That the action entitled "*Eric Van Buskirk, Plaintiff vs. NCO Financial Systems, Inc., Defendant, Action Number C 05-00507*" RS has fully and finally settled between the parties;

2. As a result of the settlement in this action, the parties jointly request this Court dismiss the action in its entirety.

Dated: May 2, 2005

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Daniel Kodam, Esq.
　　　　　　　　　　　　　　　　Credit Partnership, APLC
　　　　　　　　　　　　　　　　41743 Enterprise Circle North, Suite 202
　　　　　　　　　　　　　　　　Temecula, CA 92590
　　　　　　　　　　　　　　　　Attorneys for Plaintiff, Eric Van Buskirk

1
STIPULATION AND ORDER FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

1

2  Dated: May 9, 2005                              /s/
                                       Benjamin A. Emmert, Esq.
3                                      ERICKSEN, ARBUTHNOT, KILDUFF, DAY &
                                       LINDSTROM, INC.
4                                      152 No. Third Street, Suite 700
                                       San Jose, CA  95112
5                                      Attorneys for Defendants, NCO Financial Systems, Inc.

6

PURSUANT TO STIPULATION, IT IS SO ORDERED:

7
     The action entitled "*Eric Van Buskirk, Plaintiff vs. NCO Financial Systems, Inc., Defendant,*
8
*Action Number C 05-00507*" is hereby dismissed with prejudice in its entirety.

9  Dated: May 10, 2005                  /s/ Richard Seeborg

10                                      Federal District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24                                      _____

25

26

2

STIPULATION AND ORDER FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com